### R. F. HENRY, Plaintiff in Error, v. SOUTH TEXAS BANK & TRUST COMPANY et al., Defendants in Error.

#### No. 9635.

Court of Civil Appeals of Texas. San Antonio.

June 12, 1935.

Rehearing Denied July 17, 1935.

Lewright & Lewright, of San Antonio, for plaintiff in error.

Templeton, Brooks, Napier & Brown and Hicks, Dickson, Bobbitt & Lange, all of San Antonio, for defendants in error.

PER CURIAM.

This is a companion case to Hill v. South Texas Bank & Trust Co. (Tex. Civ. App.) 73 S.W.(2d) 1043; Rogers v. South Texas Bank & Trust Co. (Tex. Civ. App.) 77 S.W.(2d) 707; Chandler v. South Texas Bank & Trust Company (Tex. Civ. App.) 75 S.W.(2d) 1117; Koehler v. South Texas Bank & Trust Co. (Tex. Civ. App.) 75 S.W.(2d) 1118, as well as Mrs. Louis R. Saur v. South Texas Bank & Trust Co., 85 S.W. (2d) 265, and Webster v. South Texas Bank & Trust Co., 85 S.W.(2d) 267, this day decided by this court.

This appeal does not present any material propositions not heretofore passed on by this court in the above six cases.

For the reasons given in the above causes, the judgment of the trial court will be in all things affirmed.

BICKETT, C. J., did not participate in the decision of this case.